# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Isidro Lopez-Felix,<br>a.k.a.: Isdro Lopez Felix,<br>(A201 146 911)<br>*Defendant* | Case No. 17-7468MJ |

DOA 9/8/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 29, 2013, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Isidro Lopez-Felix, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about January 28, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for SAUSA Ryan J. Goldstein

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Salvador Delgado II,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 11, 2017

_____
*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 29, 2013, Isidro Lopez-Felix was booked him into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Lopez-Felix was examined by Deportation Officer J. Jordan who determined Lopez-Felix to be a Mexican citizen, unlawfully present in the United States. On the same date, an immigration detainer was lodged with the county jail. On September 8, 2017, Lopez-Felix was released from the Arizona Department of Corrections and transported to the Florence ICE office for further investigation and processing. Lopez-Felix was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Isidro Lopez-Felix to be a citizen of Mexico and a previously deported criminal alien. Lopez-Felix was removed from the United States to Mexico through Calexico, California, on or about January 28, 2013, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Lopez-Felix in any Department of Homeland Security database to

suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lopez-Felix's immigration history was matched to him by electronic fingerprint comparison.

4. On September 8, 2017, Isidro Lopez-Felix was advised of his constitutional rights. Lopez-Felix freely and willingly acknowledged his rights and agreed to provide a statement under oath. Lopez-Felix stated that his true and complete name is Isidro Lopez Felix and that he is a citizen of Mexico. Lopez-Felix stated that he illegally entered the United States at or near "Sasave," on or about an unknown date, around 2013, without inspection by an immigration officer. Lopez-Felix further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about May 29, 2013, Isidro Lopez-Felix, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near

///

///

///

Calexico, California, on or about January 28, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 11th day of September, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge